# United States Court of Appeals
## For the First Circuit

No. 00-1703

NILDA M. SALDANA-SANCHEZ; RAFAEL DELGADO-MESTRE; JUAN NIEVES-SANTIAGO; MIGUEL RAMOS-CRUZ; SINFORIANO CASTILLO-GARCIA; JULIO C. MOJICA-UBILES; MIGUEL A. OCASIO-SANTOS; MARGARITA POUPART-FONTANEZ; HILDA TORRES-PENA; MINERVA PACHOT-RIVERA; JOSE L. ORTIZ-ORTIZ; ZULMA RIVERA-ORTIZ; ANGEL L. RODRIGUEZ-LAZU; LUZ R. DIAZ-MORALES; JOSE L. BAEZ-RODRIGUEZ; JOSE IVAN CASTILLO-ORTIZ,

Plaintiffs-Appellants,

LUZ M. ORTIZ-QUINTANA,

Plaintiff,

v.

JULIO CESAR LOPEZ-GERENA, Mayor of the Municipality of Humacao; RAMON VEGA-SOSA,

Defendants-Appellees,

MARGARITA GONZALEZ-VAZQUEZ; RAUL FERRER

Defendants.

ERRATA SHEET

The opinion of this Court issued on July 12, 2001, is amended as follows:

On page 9, after the word "dismissed" at the end of the page, add a new footnote 10, reading:

Dismissal was sought by the plaintiffs on the ground that the issues presented in the second appeal duplicated those in the first, and was granted, without prejudice, pursuant to Fed. R. App. P. 42(b). Although the dismissal of the second appeal

precludes our direct review of the denial of reconsideration, there has been no suggestion that the dismissal affects our ability to rely on the district court's written opinion -- issued in connection with the second appeal -- as setting out the court's reasons for granting the protective order in the first instance.

On page 12, line 19, strike the phrase "and later denial of reconsideration."

On page 12, line 21, replace "these orders" with "this order" in both instances, and replace "were" with "was."

On page 12, line 21, replace "'final decisions'" with "a 'final decision.'"